# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL JEFFERSON, LARRY
JEFFERSON, AND LIONEL
JEFFERSON

NO.  2022 CW 1341

VERSUS

ROSALYN ROBINSON SMITH

**MAY 8, 2023**

---

In Re:    Rosalyn Smith, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          111307.

---

**BEFORE:    THERIOT, CHUTZ, and HESTER, JJ.**

   **MOTION TO REINSTATE APPEAL OR, IN THE ALTERNATIVE, MOTION
FOR SUPERVISORY WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT